**PASHMAN STEIN WALDER HAYDEN, P.C.**
Justin P. Walder (207311961)
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 488-8200

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| 615 RIVER ROAD PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>- against -<br><br>BOROUGH OF EDGEWATER, a municipal corporation of the State of New Jersey, and JOHN DOES and JANE DOES Nos. 1 – 100,<br><br>Defendants. | CIVIL ACTION NO. 17-12659<br><br>CIVIL ACTION<br><br>DISCLOSURE STATEMENT |

The undersigned counsel for Plaintiff 615 River Road Partners, LLC, a Delaware limited liability company, certifies that this party is a non-governmental corporate entity and that it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

s/JUSTIN P. WALDER
Justin P. Walder
PASHMAN STEIN WALDER HAYDEN, P.C.
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Dated:  December 6, 2017