UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| 615 RIVER ROAD PARTNERS, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>BOROUGH OF EDGEWATER, a municipal corporation of the State of New Jersey, and JOHN DOES and JANE DOES Nos. 1-100,<br><br>                Defendants. | Civil Action No.<br>2:17-cv-12659-JMV-CLW<br><br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PRO. 12(b)(1) AND 12(b)(6)<br><br>(ORAL ARGUMENT IS REQUESTED) |

To:   Justin P. Walder, Esq.       Cory Mitchell Gray, Esq.
      Roger Plawker, Esq.          Theodore J. McEvoy, Esq.
      David N. Cinotti, Esq.        GREENBERG TRAURIG, LLP
      PASHMAN STEIN WALDER        500 Campus Drive
      HAYDEN, P.C.                     Suite 4009
      Court Plaza South            Florham Park, NJ  07932
      21 Main Street, Suite 200
      Hackensack, NJ  07601

**PLEASE TAKE NOTICE** that on May 7, 2018 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Borough of Edgewater, will appear before the Honorable John Michael Vazquez, U.S.D.J., at the United States District Court, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4C, Newark, New Jersey 07101, for an Order Dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. Pro. 12(b)(1)and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, the undersigned shall rely upon the accompanying Brief and Affidavit of John A. Stone, Esq.

**PLEASE TAKE FURTHER NOTICE** that a Certification of Service and proposed form of Order are annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

                                    **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
                                    *Attorney for Defendants*

By:   *s/John A. Stone*
        John A. Stone
        Glenpointe Centre West
        500 Frank W. Burr Blvd.
        Ste. 31
        Teaneck, NJ  07666
        (201) 928-1100

Dated: April 9, 2018

2309722v1

**CERTIFICATION OF SERVICE**

I hereby certify that on April 9, 2018, I caused defendants' Notice of Motion, Brief, Certification of John A. Stone, Esq. and proposed Order to be filed via CM/ECF filing.

Copies of all documents were also served, via CM/ECF filing and regular mail on

>Justin P. Walder, Esq.
>Roger Plawker, Esq.
>David N. Cinotti, Esq.
>PASHMAN STEIN WALDER HAYDEN, P.C.
>Court Plaza South
>21 Main Street, Suite 200
>Hackensack, NJ  07601
>
>Cory Mitchell Gray, Esq.
>Theodore J. McEvoy, Esq.
>GREENBERG TRAURIG, LLP
>500 Campus Drive
>Suite 4009
>Florham Park, NJ  07932

>**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
>*Attorney for Defendants*
>
>By:   *s/John A. Stone*
>      John A. Stone
>      Glenpointe Centre West
>      500 Frank W. Burr Blvd.
>      Ste. 31
>      Teaneck, NJ  07666
>      (201) 928-1100

Dated:  April 9, 2018

2309722v1