# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **615 RIVER ROAD PARTNERS, LLC.,** | Civ. No. 2:17-12659 |
| Plaintiff, | **ORDER** |
| v. | |
| **BOROUGH OF EDGEWATER,** | |
| Defendant. | |

**John Michael Vazquez, U.S.D.J.:**

    This matter comes before the Court on Defendant's Borough of Edgewater's motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 16. For the reasons set forth in the accompanying Opinion, and good cause shown,

    **IT IS** on this 30th day of April, hereby,

    **ORDERED** that Defendant's motion to dismiss, ECF No. 16, is **DENIED**.


                                                  s/ John Michael Vazquez
                                                 John Michael Vazquez, U.S.D.J.