**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **615 RIVER ROAD PARTNERS, LLC,** a Delaware limited liability company,<br><br>                                Plaintiff,<br><br>vs.<br><br>**BOROUGH OF EDGEWATER,** a municipal corporation of the State of New Jersey, and JOHN DOES and JANE DOES Nos. 1-100,<br><br>                                Defendants. | Civil Action No. 2:17-cv-12659-JMV-CLW<br><br>**NOTICE OF MOTION TO SEAL OR REDACT SUBMISSIONS**<br><br>Return Date:  November 7, 2022<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on November 7, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Borough of Edgewater, shall move before the above-named Court, at the United States District Court, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4C, Newark, New Jersey 07101, for an Order (a) having a block quote of a portion an earlier draft of the Settlement Agreement in this matter remain redacted in Edgewater's Reply Brief, and having that entire draft and the Supplemental Affidavit with which that draft was submitted remain under seal, or (b) alternatively, in addition to that redaction in the Reply Brief, having the entire exhibit to Edgewater's Reply Affidavit be redacted.

**PLEASE TAKE FURTHER NOTICE** that, in support of said Motion, the undersigned shall rely upon the enclosed Brief, Affidavit of Joseph R. Mariniello, Esq. and proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

                          **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
*Attorney for Defendant*

By:  *s/John A. Stone, Esq.*
     John A. Stone, Esq.
     61 S. Paramus Road, Ste. 250
     Paramus, NJ  07652
     (201) 928-1100

Dated:  October 5, 2022

| | |
|---|---|
| **MARINIELLO & MARINIELLO, P.C.**<br>**Joseph R. Mariniello, Esq.**<br>**Attorney ID 033451994**<br>**265 Columbia Avenue**<br>**Fort Lee, New Jersey 07024**<br>**(201) 947-6600**<br>**Co-Counsel for the Defendant,**<br>**Borough of Edgewater** | **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**<br>**John A. Stone, Esq.**<br>**Attorney ID 041351985**<br>**61 S. Paramus Road, Suite 250**<br>**Paramus, New Jersey 07652**<br>**(201) 928-1100**<br>**Co-Counsel for the Defendant,**<br>**Borough of Edgewater** |